## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT ANTHONY PRADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-997-D |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter comes before the Court on the parties' "Stipulations Awarding EAJA Fees" [Doc. No. 17]. Via this filing, the parties represent they have agreed to attorney's fees totaling $7,500.00 and costs of $0.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following the remand of this matter to the Commissioner.

Pursuant to the parties' stipulation, the Court orders that attorney fees be awarded under EAJA in the amount of $7,500.00, payable to Plaintiff in care of his attorney, subject to offsets for debts to the federal government. Should Plaintiff's counsel ultimately receive attorney fees pursuant to 42 U.S.C. § 406(b) and/or 42 U.S.C. § 1383(d)(2), counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 15th day of February, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge